☐ ORIGINAL

Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

FILED
OCT 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

DEBORAH MCCANTS,                    ) Case No. **C10-04669 JL**
                                    )
Plaintiff,                          ) COMPLAINT FOR VIOLATION
                                    ) OF FEDERAL FAIR DEBT
vs.                                 ) COLLECTION PRACTICES ACT
                                    ) AND ROSENTHAL FAIR DEBT
BISHOP, WHITE, MARSHALL &           ) COLLECTION PRACTICES ACT
WEIBEL, P.S.,                       )
                                    )
Defendant.                          )
_____)

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. JURISDICTION

2.      Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3.      Plaintiff, Deborah McCants ("Plaintiff"), is a natural person residing in Contra Costa county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4.      At all relevant times herein, Defendant, Bishop, White, Marshall & Weibal, P.S. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6.      Defendant negotiated and agreed on a payment plan with Plaintiff to settle an alleged debt, ensuring that no further action would be taken against

Complaint - 2

Plaintiff given that the terms of the payment agreement were kept. A true and correct copy of the payment agreement dated December 3, 2009, is attached hereto as Exhibit "A".

7. Plaintiff was to make monthly payments on the 24th of every month in the amount of $325.00, payable to Defendant.

8. Plaintiff has consistently paid Defendant the $325.00 monthly beginning December 24, 2009.

9. On or about April 1, 2010, Plaintiff received a lien notice informing Plaintiff that Defendant had obtained an abstract of judgment and had recorded a lien on her property, despite being told that no further legal action would be taken against her. A true and correct copy of the lien notice is attached hereto as Exhibit "B".

10. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

    a) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

    b) Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§1692e(4));

    c) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

d) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f)); and

e) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10).

11. As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

12. Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

    B.    Actual damages;

    C.    Statutory damages;

    D.    Costs and reasonable attorney's fees; and,

    E.    For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates by reference all of the preceding paragraphs.

14. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

B. Actual damages;

C. Statutory damages for willful and negligent violations;

D. Costs and reasonable attorney's fees,

E. For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 11th day of October, 2010.

By: _____
TODD M. FRIEDMAN (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

EXHIBIT "A"



**Bishop, White & Marshall, P.S.**

ATTORNEYS AT LAW

BARBARA L. BOLLERO\* \*\*
DANIEL L. HEMBREE \*
HALLIE N. BENNETT

\* Also Admitted in Washington
\*\* Also Admitted in Illinois

December 3, 2009

<u>Via Email to Stephen Lin, Attorney at Law -- slin@preblelawfirm.com</u>

DEBORAH D MCCANTS
3704 MOSSWOOD DR
OAKLEY, CA 94561-1764

Re:   BENEFICIAL CALIFORNIA INC. v. DEBORAH D MCCANTS
      Cause No. L0908212
      Our File No.: HF960534

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dear DEBORAH D MCCANTS:

This letter will confirm the terms of our agreement regarding the payment of your account. On behalf of our client, our office will accept payments on your obligation referenced below. We have received $1,500.00 on November 24, 2009, which will serve as your down payment. The amount of $325.00 will be due on or before the 24th day of each month beginning December 24, 2009, and continuing until the balance of $18,290.92 is paid in full. There will be a judgment entered against you, however, our office will not issue enforcement against you provided the terms of this letter are kept. Please make your checks payable to "BISHOP, WHITE & MARSHALL, P.S." and send them to our office:

BISHOP, WHITE & MARSHALL, P.S.
Attn: Accounting
1355 Willow Way, Suite 254
Concord, CA 94520

You also need to be aware that we do not send out monthly statements reminding you to make your payment. It is imperative you remember to make the payments in a timely manner. If you have any questions or want to know your current balance, please contact me at the number below.

Sincerely,

BISHOP, WHITE & MARSHALL, P.S.

Pam Syverson
Legal Assistant

**For your convenience, we accept debit/credit cards or check by phone.**

PAYCNFRMLTR

1355 Willow Way, Suite 254      Tel (206) 622-5306 Fax (206) 622-0354
Concord, CA 94520               www.bwmlegal.com

EXHIBIT "B"

MAY-20-2010  12:45    SOCIAL SECURITY ADMIN.         1 925 522 0079      P.001

**Office of the Recorder**

555 Escobar Street
P.O. Box 350
Martinez, California 94553-0135
(925) 335-7900

Contra
Costa
County



Stephen L. Weir
County Recorder

Barbara Chambers
Assistant County Recorder

MCCANTS DEBORAH D
3704 MOSSWOOD DR
OAKLEY, CA 94561

Document Number
2010-07-0063927-00
April 01, 2010

## LIEN NOTICE

Under the provisions of California Government Code, Section 27297.5 (recordation of liens affecting real property) we are notifying you that a lien has been recorded in the official records of this county which may affect the title to real property you own in this county.

We enclose a copy of the original document for your information.

If you need additional information as to this matter, you should call the person claiming this lien against you.

We have marked that person's name with a red check mark.

You may also wish to consult your attorney.

We cannot assist you in locating the person claiming this lien against you.

All the information we have concerning this matter is contained in the copy of the document we have enclosed.

MAY-20-2010  12:45        SOCIAL SECURITY ADMIN.                 1 925 522 0079    P.002

[REV. 11/22/2007]

3

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Bishop, White & Marshall, P.S.
1355 Willow Way, Suite 254
Concord, CA 94520

WHEN RECORDED MAIL TO:

**Bishop, White & Marshall, P.S.**
1355 Willow Way, Suite 254  Concord, California 94520-5/55

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2010-0063927-00**
Check Number
Thursday, APR 01, 2010 14:20:30
LIE    $7.00|MOD    $3.00|REC    $13.00
FTC    $2.00|RED    $1.00|ERD    $1.00
Ttl Pd    $27.00        Nbr-0000434698
                        mom/R3/1-3

(THIS SPACE FOR RECORDER'S USE ONLY)

# DOCUMENT TITLE

*LIEN NOTICE MAILED*

☒ ABSTRACT OF JUDGMENT
☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☐ OTHER (SPECIFY): _____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (GOVT. CODE 27361.6)
(additional recording fee applies)

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): |
|---|
| Recording requested by and return to: |
| Barbara L. Bollero CSBA# 135189     Tel: 1-877-259-1016 |
| Daniel L. Hembree CSBA# 247020     Hallie N. Bennett CSBA# 247407 |
| Bishop White & Marshall, P.S. |
| 1355 Willow Way, Suite 254, Concord, CA 94520 |
| FILE # : HF960534 |

☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: P.O. Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: WAKEFIELD TAYLOR COURTHOUSE

PLAINTIFF: BENEFICIAL CALIFORNIA INC.

DEFENDANT: DEBORAH D MCCANTS

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    ☐ Amended

CASE NUMBER: L0908212

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ┌─────────────────────────┐
      │ DEBORAH D MCCANTS       │
      │ 3704 MOSSWOOD DR        │
      │ OAKLEY CA 94561-1764    │
      └─────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]: xxx-xx-8726    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): DEBORAH D MCCANTS 3704 MOSSWOOD DR OAKLEY CA 94561-1764

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address): BENEFICIAL CALIFORNIA INC. 720 Olive Way, Suite 1301, Seattle, WA 98101
4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 23, 2010

Barbara L. Bollero CSBA# 135189    Daniel L. Hembree CSBA# 247020
Hallie N. Bennett CSBA# 247407
(TYPE OR PRINT NAME)      ▶ _____ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 19722.36
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): February 18, 2010
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

[SEAL - SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA]

This abstract issued on (date): MAR - 8 2010

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____ S. PASSOT _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

MAY-20-2010 12:46    SOCIAL SECURITY ADMIN.         1 925 522 0079    P.004

| PLAINTIFF: BENEFICIAL CALIFORNIA INC. | CASE NUMBER: L0908212 |
|---|---|
| DEFENDANT: DEBORAH D MCCANTS | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.  Name and last known address

17.  Name and last known address

Driver's license no. [last 4 digits] and state:   ☒ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to (address):

18.  Name and last known address

19.  Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]         **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**         Page 2 of 2

American LegalNet, Inc.

MAY-20-2010 12:46   SOCIAL SECURITY ADMIN.   925 522 0079   P.005

CIV-100

| PLAINTIFF/PETITIONER: BENEFICIAL CALIFORNIA INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DEBORAH D MCCANTS | L0908212 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a))*. This action

   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☒ is ☐ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
   (1) Mailed on *(date):* 29th day of October, 2009
   (2) To *(specify names and addresses shown on the envelopes):*
   DEBORAH D MCCANTS
   3704 MOSSWOOD DR
   OAKLEY, CA 94561-1764

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: October 29, 2009

Christian Susi
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees.................................$ 330.00
   b. Process server's fees .........................$ 79.50
   c. Other *(specify):* _____ $
   d. _____ $
   e. TOTAL..................................................$ 409.50
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: October 29, 2009

Barbara L. Bolloro CSBA# 135189   Daniel L. Hembree CSBA# 247020
Hallie N. Bennett CSBA# 247407
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 29, 2009

Barbara L. Bolloro CSBA# 135189   Daniel L. Hembree CSBA# 247020
Hallie N. Bennett CSBA# 247407
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2007]   **REQUEST FOR ENTRY OF DEFAULT**   Page 2 of 2
(Application to Enter Default)
American LegalNet, Inc.
www.FormsWorkflow.com